IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANDRELYN R. THOMAS                                                                PLAINTIFF

vs.                                    Civil No. 4:18-cv-04038

NANCY A. BERRYHILL                                                                DEFENDANT
**Acting Commissioner, Social Security Administration**

## JUDGMENT

Comes now the Court on this the 27th day of March 2019, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE